Andrew J. O'Connor and Mary E. Henry
1220 W. Devonshire Court
Lafayette, CO 80026
Tel: (303) 882-1693
Tel: (303) 919-7124
Email: oconnorandrew@hotmail.com
Email: meandgriff@gmail.com

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 03 2019
JEFFREY P. COLWELL
CLERK

December 27, 2018

*VIA REGULAR U.S. MAIL*

Alfred A. Arraj United States Courthouse, Room A105
**Attn: The Honorable Marcia S. Krieger, Chief Judge**
901 19th Street
Denver, CO 80294-3589
Tel: (303) 844-3433

**Re: *Comcast v. O'Connor, et al.*, Case No: 18-cv-03158-GPG**
   **Complaint About Discrimination Against Pro Se Litigants and Violations of ADA and Code of Conduct for United States Judges and Request for Investigation**

Dear Judge Krieger:

Please find this complaint about Magistrate Gallagher and his pattern of discrimination against disabled, cognitively impaired, pro se litigants and request for investigation into Judge Gallagher's violations of the ADA and the canons of Code of Conduct for United States Judges.

Please review Defendants' Motion to Reuse Magistrate Gallagher Pursuant to 28 U.S.C. § 455 U.S.C., Because of Discrimination against Pro Se Defendants and For Violations of the ADA.

If you have any questions in this regard, then please do not hesitate to contact us via email. Thank you.

Sincerely,

Andrew J. O'Connor and Mary E. Henry

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 03 2019
JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 18-cv-03158-GPG

COMCAST OF COLORADO I LLC,

Plaintiff,

v.

ANDREW J. O'CONNOR and MARY E. HENRY,

Defendants.

---

**DEFENDANTS' MOTION TO RECUSE MAGISTRATE GALLAGHER PURSUANT TO 28 § 455 U.S.C., BECAUSE OF DISCRIMINATION AGAINST PRO SE DEFENDANTS AND FOR VIOLATIONS OF THE ADA**

---

**COMES NOW,** Defendants Andrew J. O'Connor and Mary E. O'Connor and submits Defendants' Motion to Recuse Magistrate Gallagher Pursuant to 28 § 455 U.S.C., Because of Discrimination against Pro Se Defendants and For Violations of the ADA and respectfully request that Magistrate Gallagher recuse himself from continuing to preside over the present case and as grounds therefore states as follows:

1. Pursuant to 28 § 455 U.S.C.(a), any judge or magistrate judge "shall disqualify himself in any proceeding in which his impartiality might be reasonably questioned." Additionally, disqualification is required if the judge or magistrate judge "has a personal bias or prejudice concerning a party." 28 U.S.C. § 455 (b) (1).

2. Defendants reasonably questions Magistrate Gallagher 's impartiality because of his demonstrated bias against Defendants as is reflected in the Minute Order dated December

1

24, 2018 and other misconduct. (See Minute Order dated 12/24/18, attached and marked as Exhibit A).

3. Magistrate Gallagher has demonstrated a personal bias and prejudice against Defendant O'Connor and Pro Se Defendants and violated the American with Disabilities Act (ADA) as well as violated Canons, 1, 2 and 3 of the Code of Conduct for United States Judges; consequently, disqualification is in this case required. *Martin v. Hunter's Lessee*, 14 U.S. 304 (1816) and *Elk Grove Unified School District v. Newdow*, 542 U.S. 1 (2004).

4. On December 27, 2018, Defendants filed a complaint with The Honorable Marcia S. Krieger, Chief Judge about Magistrate Gallagher's judicial misconduct and several violations of Code of Conduct for United States Judges. In light of the pending complaint and request for investigation into Magistrate's Gallagher's judicial misconduct there exist additional reasonable grounds to question his impartiality in the present case.

5. It is clear to Defendants that Magistrate Gallagher does not believe that Defendant O'Connor, a cognitively impaired pro se litigant who was disabled because of multiple blunt trauma injuries and a traumatic brain injury because of being hit by a drunk driver is worthy of pro se deference and shockingly demonstrated his lack of understanding bias and prejudice against Pro Se Defendant O'Connor in the 12/24/2018 Minute Order when he said that *Defendant O'Connor is no stranger to this court or litigation.* If that doesn't demonstrate bias and prejudice against Defendant O'Connor then nothing does.

6. Pro se Defendant O'Connor was hit head-on by a drunk driver on April 30, 1992. As a result, of being hit head-on by a drunk driver, Defendant O'Connor suffered multiple blunt

trauma injuries, was hospitalized for over thirteen months, was near death and suffered a traumatic brain injury.

7. Traumatic brain injury (TBI) is a bump, blow or jolt to the head that disrupts the normal function of the brain.

8. Pro se Defendant O'Connor along with approximately 5.3 million Americans lives with a TBI-caused disability and has life-long needs for everyday activities that others take for granted.

9. Pro se Defendant O'Connor has significant limitations related to a number of important cognitive or "executive" functions, including, but not limited to, impairment of short-term memory and irregular ability to read, write, analyze, organize, schedule and process information varying regularly from mild to severe. Pro Se Defendants attach Neuropsychological Evaluation as proof of Pro Se Defendant O'Connor's traumatic brain injury and cognitive limitations requiring additional time. (See Neuropsychological Evaluation previously attached to Defendants Expedited Motion for Extension of Time).

10. Unfortunately, Magistrate Gallagher has a shameful history of discriminating against traumatically brain injured and cognitively impaired pro se litigants. (See Writ of Certiorari in *Tatten v. City and County of Denver et al.*, Case No: 18-595 previously attached to Defendants' Expedited Motion for Extension of Time).

WHEREFORE, based upon the foregoing, Pro Se Defendants respectfully request that the Court grant Defendants' Motion to Recuse Magistrate Gallagher Pursuant to 28 § 455 U.S.C., and grant any such further relief deemed appropriate.

Respectfully submitted on December 27, 2018.
**ANDREW J. O'CONNOR AND MARY E. HENRY**

---
**Andrew J. O'Connor and Mary E. Henry**
Pro Se Defendants
1220 W. Devonshire Court
Lafayette, CO 80026
Tel: (303) 882-1693
Tel: (303) 919-7124
Email: oconnorandrew@hotmail.com
Email: meandgriff@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December 2018, a true and correct copy of **DEFENDANTS' MOTION TO RECUSE MAGISTRATE GALLAGHER PURSUANT TO 28 § 455 U.S.C., BECAUSE OF DISCRIMINATION AGAINST PRO SE DEFENDANTS AND FOR VIOLATIONS OF THE ADA** was emailed and/or deposited in the United States Mail, first-class postage prepaid and addressed to:

Ballard Spahr
**Attn: J. Matthew Thornton**
1225 17th Street, Suite 2300
Denver, CO 80202
Tel: (303) 292-2400
Fax: (303) 296-3956
Email: thorntonj@ballardspahr.com
*Attorneys for Plaintiff*

---
Andrew J. O'Connor

Andrew J. O'Connor
Maul E. Henry
220 W. Devonshire Ct
Lafayette, CO 80026

Scanned by S. Marshal

Alfred A. Arraj U.S. Courthouse, Room A105
Attn: The Honorable Marcia S. Krieger, Chief Judge
901 19th Street
Denver, CO 80294-3589