FILED  
United States Court of Appeals  
Tenth Circuit  

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

February 19, 2019

Elisabeth A. Shumaker  
Clerk of Court

---

| | |
|---|---|
| COMCAST OF COLORADO I, LLC, | |
| Plaintiff - Appellee, | |
| v. | No. 19-1013 |
| ANDREW J. O'CONNOR, et al., | (D.C. No. 1:18-CV-03158-LTB) (D. Colo.) |
| Defendants - Appellants. | |

---

## ORDER

---

This matter was abated pending the district court's decision on Appellants' January 10, 2019 "Motion for Reconsideration" (Dist. Ct. Docket No. 27). Review of the district court docket reflects that the district court denied the motion by order dated January 24, 2019. Accordingly, abatement of this appeal is lifted.

Appellants are relieved of their obligation to file a status report.

Review of the district court docket also reflects that Appellants have failed to pay the $505.00 filing fees or to file an application for leave to proceed on appeal without prepayment of fees with the district court ("IFP motion") by the required February 15, 2019 deadline. The court will give Appellants another opportunity to pay the filing fees or to file an IFP motion in the district court. Appellants must pay the filing fees or file an IFP motion in the district court **within 10 days** from the date of this order. Failure to

comply with this order may result in dismissal of this appeal without further notice. *See* 10th Cir. R. 3.3(B); 10th Cir. R. 42.1.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Lindy Lucero Schaible
            Counsel to the Clerk