IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  18-cv-03158-LTB

COMCAST OF COLORADO I LLC,

      Plaintiff,

v.

ANDREW J. O'CONNOR and
MARY E. HENRY, individually,

      Defendants.

_____

### ORDER OF RECUSAL
_____

Upon review of the file and determining that there are potential conflicts of interest, the undersigned judge hereby recuses himself in the above action and directs that the action be returned to the Clerk of the Court for redraw and assignment of the case.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   October 5, 2021