IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**District Judge Christine M. Arguello**

Civil Action No. 18-cv-03158-CMA
(State of Colorado, Boulder County District Court, Case No. 2018CV31084)

COMCAST OF COLORADO I, LLC,

    Plaintiff,

v.

ANDREW J. O'CONNOR, and
MARY E. HENRY,

    Defendants.

---

### ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

Defendants Andrew J. O'Connor and Mary E. Henry filed *pro se* a Notice of Appeal (ECF No. 47).  Defendant Andrew J. O'Connor has also filed a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 54).  The Court has examined the file and has determined that the Motion must be denied.

Pursuant to 28 U.S.C. § 1915(a)(3) and Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure, the Court finds that this appeal is not taken in good faith.  For the reasons set forth in the Order (ECF No. 45) denying Defendants Motion to Reopen Pursuant to F.R.C.P. 60(b), the Court finds that Defendants have not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.

The Court further notes that the Motion is deficient because it was only signed by Defendant O'Connor and did not include a signature by Defendant Mary E. Henry.

Accordingly,

IT IS ORDERED that the Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 54) is **denied** because this appeal is not taken in good faith.

DATED: December 8, 2021

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Court