FILED
United States Court of Appeals
Tenth Circuit

**January 7, 2022**

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

COMCAST OF COLORADO I, LLC,

   Plaintiff - Appellee,

v.

ANDREW O'CONNOR; MARY E. HENRY,

   Defendants - Appellants.

No. 21-1357
(D.C. No. 1:18-CV-03158-CMA)
(D. Colo.)

---

## ORDER

---

This matter is before the court on the parties' *Joint Statement of Voluntary Withdrawal and Dismissal of Appeal*, which is construed as a motion to voluntarily dismiss the appeal pursuant to Federal Rule of Appellate Procedure 42(b). Upon consideration, the motion is granted. This appeal is dismissed. The parties shall bear their own fees and costs of this appeal.

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Jane K. Castro
    Chief Deputy Clerk