UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | January 07, 2022 | Chief Deputy Clerk |

Alexia Chapman
Patrick Gabriel Compton
J. Matt Thornton
Ballard Spahr
1225 17th Street, Suite 2300
Denver, CO 80202

Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mary E. Henry
Andrew O'Connor
1220 West Devonshire Court
Lafayette, CO 80026

**RE:     21-1357, Comcast of Colorado v. O'Connor, et al**
Dist/Ag docket: 1:18-CV-03158-CMA

Dear Appellants, Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

          Sincerely,

          Christopher M. Wolpert
          Clerk of Court

CMW/sds